JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Essociate Inc., | SACV 13-01080-JVS(ANx) |
| Plaintiff, | ORDER OF DISMISSAL FOR |
| v. | LACK OF PROSECUTION |
| Ndemand Affiliates Inc., | |
| Defendants. | |

The Court having issued an Order to Show Cause on  October 20, 2014  as to why this action should not be dismissed for lack of prosecution, with a response or appearance due on April 6, 2015  and no response or appearance having been made,

IT IS HEREBY ORDERED that this action is dismissed for failure to lack of prosecution.

DATED: April 6, 2015

_____
James V. Selna
United States District Judge